COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          In re Southcorp Realty Advisors, Inc.

Appellate case number:        01-21-00719-CV

Trial court case number:      2016-01602

Trial court:                  157th District Court of Harris County

      Relator, Southcorp Realty Advisors, Inc., has filed a petition for a writ of mandamus arguing that the trial court abused its discretion by striking Bill Sisson and Susan Powell as testifying expert witnesses on the issue of damages.  Relator has filed a motion for emergency stay, requesting that this Court enter an order to stay the October 10, 2022 trial setting pending resolution of its mandamus petition.

      Relator's motion for emergency stay is **denied**.

      It is so ORDERED.

Judge's signature: _____/s/ Amparo Guerra_____
            ☑ Acting individually    □ Acting for the Court

Date: __August 26, 2022___